Roger W. Wenthe
ROGER WENTHE, PLLC
Nevada Bar No. 8920
973 Via Vannucci Way
Henderson, Nevada 89011
Telephone: (702) 971-0541
roger@rwwpllc.com

Lon R. Leavitt*
HALUNEN LAW
Arizona Bar No. 35825
One Renaissance Tower
Two North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 254-6494
Fax: (612) 605-4099
leavitt@halunenlaw.com

Nathaniel F. Smith*
HALUNEN LAW
Minnesota Bar No. 217621
80 South 8th Street, Suite 1650
Minneapolis, Minnesota 55402
Telephone: (612) 605-4098
Fax: (612) 605-4099
smith@halunenlaw.com

*Attorneys for Plaintiff/Relator*
(* *pro hac vice* application forthcoming)

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America *ex rel.* J. Gregory Jacobs,<br><br>Plaintiff-Relator,<br><br>v.<br><br>Lincare, Inc., and Lincare Holdings, Inc.,<br><br>Defendants. | Case No.: 2:21-cv-01629-APG-EJY<br><br>**MOTION TO EXTEND TIME TO FILE VERIFIED PETITION AND DESIGNATION OF LOCAL COUNSEL**<br><br>**FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)** |

1

Relator J. Gregory Jacobs, by his local counsel, Roger Wenthe, PLLC, requests the Court to extend the deadline for lead counsel to file their Verified Petition and Designation of Local Counsel, from September 16, 2021, to September 30, 2021.

**MEMORANDUM IN SUPPORT**

The Court issued an order on September 2, 2021 (ECF No. 3), which required lead counsel in this matter to file their Verified Petition and Designation of Local Counsel by September 16, 2021. This order was mailed to local counsel, Roger Wenthe, PLLC. However, the sole attorney at that firm, Roger Wenthe, was out of the country when the order arrived by mail, and he was therefore unaware of the order until his return to the country on September 15, 2021. As a result, it will not be possible to prepare and file the necessary Verified Petition and Designation of Local Counsel by the Court's deadline of today.

Local counsel therefore requests the Court to extend the deadline for filing the Verified Petition and Designation of Local counsel to and including September 30, 2021.

Dated September 16, 2021            ROGER WENTHE, PLLC


/s/ Roger Wenthe
Roger W. Wenthe
Nevada Bar No. 8920
973 Via Vannucci Way
Henderson, Nevada 89011
Telephone: (702) 971-0541
roger@rwwpllc.com

*Attorney for Plaintiff/Relator*

IT IS SO ORDERED:

Dated:   September 17, 2021

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE