1

2

3

UNDER SEAL

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

UNDER SEAL

23

24

25

26

27

28

1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  District of Nevada
   Nevada Bar Number 14853
3  STEPHEN R. HANSON II
   Assistant United States Attorney
4  501 Las Vegas Blvd. So., Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   Stephen.Hanson@usdoj.gov
6
7  *Attorneys for the United States*

8            **UNITED STATES DISTRICT COURT**
                  **DISTRICT OF NEVADA**
9

10 United States of America ex rel. J. Gregory    Case No.: 2:21-cv-01629-APG-EJY
   Jacobs,
11
               Plaintiffs,
12                                                 **Filed Under Seal**
         v.
13
                                                   ~~Proposed~~ **Order**
14 Lincare, Inc., and Lincare Holdings, Inc.
15            Defendants.

16        The Court having considered the United States' Ex Parte Motion for a Six-Month

17 Extension of Time to Consider Election to Intervene, and good cause having been shown, it is

18 hereby ORDERED that:

19        (1) The motion is GRANTED; and

20        (2) The United States shall have up to and including May 9, 2022, to notify the Court of

21 its decision whether to intervene in the above-captioned qui tam action or to notify the Court

22 that it declines to do so; and

23        IT IS FURTHER ORDERED, the complaint and all filings in this case otherwise shall

24 remain UNDER SEAL until further Order of this Court unless the United States requests that

25 the seal be lifted before that date and the Court so orders; and

26

27

28

                                              7

1    IT IS FURTHER ORDERED that the Clerk of the Court must serve a copy of this

2    Order upon counsel for the United States only and must not serve a copy of this Order upon

3    relator or relator's counsel or upon defendant or defendant's counsel in this action.

4    Dated:  October 29, 2021

5

6    _____

7    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28