**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. J. GREGORY JACOBS,<br><br>    Plaintiff<br><br>v.<br><br>LINCARE, INC.,<br><br>    Defendant | Case No.: 2:21-cv-01629-APG-EJY<br><br>**Order Denying Verified Petitions**<br><br>[ECF Nos. 6, 8] |

    I ORDER that the verified petitions **(ECF Nos. 6, 8) are DENIED** without prejudice for failure to correct the identified deficiencies. *See* ECF Nos. 7, 9.

    DATED this 1st day of November, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE