# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. J. GREGORY JACOBS,<br><br>　　　　Plaintiff<br><br>v.<br><br>LINCARE, INC.,<br><br>　　　　Defendant | Case No.: 2:21-cv-01629-APG-EJY<br><br>**Order Denying Verified Petitions**<br><br>[ECF Nos. 13, 14] |

　　　I ORDER that the verified petitions **(ECF Nos. 13, 14) are DENIED (again)** without prejudice because they do not include the certificates of good standing. *See* LR IA 11-2(b)(3). Counsel are urged to review and follow Local Rule IA 11-2(b) if they intend to file new petitions.

　　　DATED this 15th day of November, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE