Roger W. Wenthe
ROGER WENTHE, PLLC
Nevada Bar No. 8920
973 Via Vannucci Way
Henderson, Nevada 89011
Telephone: (702) 971-0541
roger@rwwpllc.com

Lon R. Leavitt*
HALUNEN LAW
Arizona Bar No. 35825
One Renaissance Tower
Two North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 254-6494
Fax: (612) 605-4099
leavitt@halunenlaw.com

Nathaniel F. Smith*
HALUNEN LAW
Minnesota Bar No. 217621
80 South 8th Street, Suite 1650
Minneapolis, Minnesota 55402
Telephone: (612) 605-4098
Fax: (612) 605-4099
smith@halunenlaw.com

*Attorneys for Plaintiff/Relator*

(* *pro hac vice* application pending)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America *ex rel.* J. Gregory Jacobs,<br><br>           Plaintiff-Relator,<br><br>v.<br><br>Lincare, Inc., and Lincare Holdings, Inc.,<br><br>           Defendants. | Case No.: 2:21-cv-01629-APG-EJY<br><br>**CERTIFICATE OF INTERESTED PARTIES**<br><br>**FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)** |

In compliance with Local Rule 7.1-1, the undersigned attorney of record for Relator J. Gregory Jacobs certifies that the following may have a direct, pecuniary interest in the outcome of this case:

1. Lincare, Inc.
2. Lincare Holdings, Inc.
3. Linde Public Limited Company
4. J. Gregory Jacobs

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated November 19, 2021      ROGER WENTHE, PLLC

 /s/ Roger Wenthe
Roger W. Wenthe
Nevada Bar No. 8920
973 Via Vannucci Way
Henderson, Nevada 89011
Telephone: (702) 971-0541
roger@rwwpllc.com

HALUNEN LAW

Lon R. Leavitt*
One Renaissance Tower
Two North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 254-6494
Facsimile: (612) 605-4099
leavitt@halunenlaw.com

Nathaniel F. Smith*
80 South Eighth Street, Suite 1650
Minneapolis, Minnesota 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099
smith@halunenlaw.com

*Attorneys for Plaintiff/Relator*

(* *pro hac vice* application pending)