# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America ex rel. J. Gregory Jacobs,

    Plaintiff(s),

vs.

Lincare, Inc., and Lincare Holdings, Inc.,

    Defendant(s).

Case # 2:21-cv-01629-APG-EJY

**AMENDED VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Lon R. Leavitt_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Halunen Law_____
(firm name)

with offices at ___One Renaissance Tower, Two North Central Avenue, Suite 1800___,
(street address)

___Phoenix___, ___Arizona___, ___85004___,
(city)       (state)       (zip code)

___602-254-6494___, ___leavitt@halunenlaw.com___.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___J. Gregory Jacobs___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>February 19, 2020</u> (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of <u>Arizona</u> (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Utah | October 12, 2006 | 11245 |
| Supreme Court of Minnesota | December 10, 2019 | 401311 |
| Supreme Court of Arizona | February 19, 2020 | 35825 |
| United States District Court, District of Utah | October 12, 2006 | 11245 |
| United States District Court, District of Minnesota | January 23, 2020 | 401311 |
| United States District Court, District of Arizona | February 24, 2020 | 35825 |
| U.S. District Court, Western District of Michigan | March 27, 2021 | None |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| September 20, 2021 | 2:21-cv-01629-APG | U.S. District Court, D. Nev. | Denied |
| November 6, 2019 | 3:19-cv-629-MMD | U.S. District Court, D. Nev. | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Arizona_____ )
                              )
COUNTY OF _____Maricopa_____ )

_____Lon R. Leavitt_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__8th__ day of __November, 2021__.

_____
Notary Public or Clerk of Court

BRADY LARSEN
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 586375
Expires July 21, 2024

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Roger W. Wenthe_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____973 Via Vannucci Way_____,
(street address)

_____Henderson_____, _____Nevada_____, _____89011_____,
(city)                  (state)                (zip code)

_____702-971-0541_____, _____roger@rwwpllc.com_____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Roger W. Wenthe_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

J. Gregory Jacobs
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8920                     roger@rwwpllc.com
Bar number               Email address

APPROVED:

Dated: this __8th__ day of __December__, 20__21__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF ARIZONA

---

I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona

### LON RANDALL LEAVITT

was on the 19th day of February, 2020 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.

Given under my hand and the seal of said Court this 7th day of June, 2021.

TRACIE LINDEMAN, Clerk

By *Gina Armstrong*
Gina Armstrong
Deputy Clerk II

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **LON RANDALL LEAVITT** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on February 19, 2020 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this June 3, 2021.

Mark Wilson
Disciplinary Clerk



# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

**LON RANDALL LEAVITT**

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

December 10, 2019

Given under my hand and seal of this court on

June 01, 2021

Emily J. Eschweiler, Director
Office of Lawyer Registration

# CERTIFICATE OF GOOD STANDING

*This document expires 60 days from the date of issuance*

Issued on 5/26/2021

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Lon R Leavitt

This is to certify that Lon R Leavitt, Utah State Bar No. 11245 was admitted to practice law in Utah on 10/12/2006.

Lon R Leavitt is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

*Elizabeth A. Wright*

Elizabeth A. Wright
General Counsel
Utah State Bar

No.2021 -880301
verify by email at cogsrequest@utahbar.org

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
# OF THE
# STATE OF ARIZONA

I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona

## LON RANDALL LEAVITT

was on the 19th day of February, 2020 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.

Given under my hand and the seal of said Court this 7th day of June, 2021.

TRACIE LINDEMAN, Clerk

By *[signature]*
Gina Armstrong
Deputy Clerk II

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **LON RANDALL LEAVITT** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on February 19, 2020 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this June 3, 2021.

Mark Wilson
Disciplinary Clerk

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
# OF THE
# STATE OF ARIZONA

---

I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona

## LON RANDALL LEAVITT

was on the 19th day of February, 2020 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.

Given under my hand and the seal of said Court this 7th day of June, 2021.

TRACIE LINDEMAN, Clerk

By *(signed)* Gina Armstrong
Gina Armstrong
Deputy Clerk II

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **LON RANDALL LEAVITT** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on February 19, 2020 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this June 3, 2021.

Mark Wilson
Disciplinary Clerk