# UNDER SEAL

# UNDER SEAL

CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
STEPHEN R. HANSON II
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Stephen.Hanson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America ex rel. J. Gregory Jacobs,<br><br>            Plaintiffs,<br><br>    v.<br><br>Lincare, Inc., and Lincare Holdings, Inc.<br><br>            Defendants. | Case No.: 2:21-cv-01629-CDS-EJY<br><br>**Filed Under Seal**<br><br>~~Proposed~~ **Order** |

The Court having considered the United States' Ex Parte Motion for a Six-Month Extension of Time to Consider Election to Intervene, and good cause having been shown, it is hereby ORDERED that:

(1) The motion is GRANTED; and

(2) The United States shall have up to and including November 9, 2022, to notify the Court of its decision whether to intervene in the above-captioned qui tam action or to notify the Court that it declines to do so; and

IT IS FURTHER ORDERED, the complaint and all filings in this case otherwise shall remain UNDER SEAL until further Order of this Court unless the United States requests that the seal be lifted before that date and the Court so orders; and

IT IS FURTHER ORDERED that the Clerk of the Court must serve a copy of this Order upon counsel for the United States only and must not serve a copy of this Order upon relator or relator's counsel or upon defendant or defendant's counsel in this action.

Dated: May 3, 2022

_____
UNITED STATES MAGISTRATE JUDGE