UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. J. GREGORY JACOBS,<br><br>Plaintiff,<br><br>v.<br><br>LINCARE, INC., and LINCARE HOLDINGS, INC.,<br><br>Defendants. | Case No. 2:21-cv-01629-CDS-EJY<br><br>**ORDER** |

Before the Court is the Unopposed Motion to Withdraw Lon R. Leavitt as counsel for Plaintiff in this matter. ECF No. 31. Plaintiff's counsel states Mr. Leavitt will no longer be working for the firm Halunen Law effective October 22, 2022. Nathaniel Smith of Halunen Law and Phillip N. Smith, Jr. of Weinberg Wheeler Hudgins Gunn & Dial will continue to represent Plaintiff. *Id.* at 2. Thus, the Motion is not to withdraw, but to remove Mr. Leavitt from the electronic service system as he will no longer be employed at Halunen Law.

Accordingly, IT IS HEREBY ORDERED that, the Unopposed Motion to Withdraw as Counsel for Relator (ECF No. 31) is GRANTED. The Clerk of Court shall remove Lon R. Leavitt's name from CM/ECF and the docket such that he no longer receives electronic service of materials filed in this case.

Dated this 6th day of October, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE