# UNDER SEAL

# UNDER SEAL

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
STEPHEN R. HANSON II
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Stephen.Hanson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, ex rel. J. Gregory Jacobs,<br><br>Plaintiffs,<br><br>v.<br><br>Lincare, Inc., and Lincare Holdings, Inc.,<br><br>Defendants. | Case No.: 2:21-cv-01629-CDS-EJY<br><br>FILED *EX PARTE*<br>AND UNDER SEAL<br><br>**United States' Notice of Consent to Dismissal** |

On November 9, 2022, Relator Gregory J. Jacobs filed a Notice of Voluntary Dismissal Without Prejudice of this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

The United States requests that the Relator's Complaint, the Relator's Notice of Voluntary Dismissal Without Prejudice, this Notice, the Court's Order dismissing this action, and all subsequent filings in this action be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of

the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

Dated: November 9, 2022

    Respectfully submitted,

    JASON M. FRIERSON
    United States Attorney

    */s/ Stephen R. Hanson II*
    STEPHEN R. HANSON II
    Assistant United States Attorney

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
STEPHEN R. HANSON II
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Stephen.Hanson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, ex rel. J. Gregory Jacobs,<br><br>Plaintiffs,<br><br>v.<br><br>Lincare, Inc., and Lincare Holdings, Inc.*,*<br><br>Defendants. | Case No.: 2:21-cv-01629-CDS-EJY<br><br>**Proposed Order** |

The Relator J. Gregory Jacobs having filed a Notice of Voluntary Dismissal Without Prejudice of this action and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

　　　IT IS ORDERED that,

　1.　This action is dismissed without prejudice as to Relator J. Gregory Jacobs and as to the United States;

4

2. The seal shall be lifted upon Relator's Complaint, Relator's Notice of Voluntary Dismissal Without Prejudice, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

Dated:

_____
United States District Judge