UNDER SEAL

UNDER SEAL

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
STEPHEN R. HANSON II
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Stephen.Hanson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, ex rel. J. Gregory Jacobs,<br><br>      Plaintiffs,<br><br>    v.<br><br>Lincare, Inc., and Lincare Holdings, Inc.,<br><br>      Defendants. | Case No.: 2:21-cv-01629-CDS-EJY<br><br>FILED *EX PARTE*<br>AND UNDER SEAL<br><br>**United States' Motion to Unseal Case** |

On November 9, 2022, Relator Gregory J. Jacobs filed a Notice of Voluntary Dismissal Without Prejudice.  On November 10, 2022, the United States filed a notice of consent to the dismissal under 31 U.S.C. § 3730(b)(1), with a proposed order to unseal the case.  (ECF No. 34.)

The United States has not received notification of whether the Court has entered the proposed order.  The case remains under seal, and the United States cannot access the docket to independently confirm whether the case was dismissed.  To the extent that the Court has entered the United States' proposed order to unseal the case, the United States respectfully requests a copy of the order and to unseal the case. *See* LR IA 7-1.

///

///

Dated: March 22, 2024.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Stephen R. Hanson II*
STEPHEN R. HANSON II
Assistant United States Attorney