# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, ex rel. J. Gregory Jacobs,<br><br>　　　　　　Plaintiffs<br><br>　v.<br><br>Lincare, Inc., et al.,<br><br>　　　　　　Defendants | Case No. 2:21-cv-01629-CDS-EJY<br><br>**Order Denying United States' Ex Parte Motion to Unseal Case**<br><br>[ECF No. 36] |

Plaintiff United States of America moves for a copy of the order granting its "notice of consent to the dismissal under 31 U.S.C. § 3730(b)(1), with a proposed order to unseal the case." ECF No. 36 at 2. The United States also filed a notice of consent to dismissal. ECF No. 34. I issued an order granting the limited unsealing of records:

> The seal shall be lifted upon Relator's Complaint, Relator's Notice of Voluntary Dismissal Without Prejudice, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

Order, ECF No. 35 at 5.

The United States' current application appears to seek to unseal the entire case. However, it is unclear whether the United States' intention is to merely obtain a copy of the signed order or to unseal the case in its entirety. Therefore, it is ordered that the motion to unseal **[ECF No. 36] is denied without prejudice**.

　　　Dated: May 13, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge