# UNDER SEAL

# UNDER SEAL

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
LINDSAY AGER
Assistant United States Attorney
Nevada Bar No. 11985
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-633
Lindsay.Ager@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America ex rel. J. Gregory Jacobs,<br><br>Plaintiffs,<br><br>v.<br><br>Lincare, Inc., and Lincare Holdings, Inc.,<br><br>Defendants. | Case No. 2:21-cv-01629-CDS-EJY<br><br>**United States' Renewed Motion to Unseal Case** |

This is a qui tam case that Relator Gregory J. Jacobs voluntarily dismissed. (Not. of Voluntary Dismissal (ECF No. 33).) The United States consented to the dismissal under 31 U.S.C. § 3730(b)(1). (Not. of Consent to Dismissal (ECF No. 34).) The United States now moves to unseal the case, but requests that certain docket entries remain sealed. Specifically, the United States requests that is motions for extensions of its intervention deadline and the Court's orders granting those motions (ECF Nos. 4, 5, 10, 11, 25, 27) remain under seal because in discussing the content and extent of the United States' investigation, those documents are provided by law to the Court alone for the sole purpose of evaluating whether the seal and the time for making an election to intervene should be extended.

All other filings, including the Complaint (ECF No. 1), the Relator's Notice of Voluntary Dismissal Without Prejudice (ECF No. 33), the Court's Order dismissing this case (ECF No. 35), and all subsequent filings should be unsealed.

Dated: August 16, 2024

                                                    JASON M. FRIERSON
                                                    United States Attorney

                                                    */s/ Lindsay Ager*
                                                    LINDSAY AGER
                                                    Assistant United States Attorney